```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   7/30/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Paul Reiffer,

                              Plaintiff,

        -against-

Major League Wrestling, LLC et al.,

                              Defendants.

**1:20-cv-02864 (PAC) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

The above-referenced action has been referred to Magistrate Judge Stewart D. Aaron for general pretrial management, including scheduling, discovery, non-dispositive pretrial motions and settlement, pursuant to 28 U.S.C. § 636(b)(1)(A), as well as for dispositive motions. (*See* ECF No. 17.) All pretrial motions and applications, including those related to scheduling and discovery, must be made to Judge Aaron and in compliance with this Court's Individual Practices, available on the Court's website at http://nysd.uscourts.gov/judge/Aaron.

The parties are directed to file a joint letter regarding the status of discovery on September 30, 2020.

**SO ORDERED.**

DATED:        New York, New York
              July 30, 2020

_____
STEWART D. AARON
United States Magistrate Judge